

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2019

No. 04-19-00348-CV

**IN THE INTEREST OF V.R.J.**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 1997EM504318
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Appellee's brief was originally due November 25, 2019; however, the court granted an extension of time until December 27. Appellee has filed a motion requesting a further thirty-day extension of time to file the brief.

We **grant the motion** and **order** appellee's brief due **January 26, 2020** (sixty days after the original due date). The court does not ordinarily grant extensions of more than sixty days beyond the original due date. Counsel is therefore advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court